In the Matter of the Application of the COUNTY OF QUEENS to Acquire Title to Land on Both Sides of the Causeway Leading from Flushing Creek to Jackson Avenue, in the Town of Newtown.

PATRICK REYNOLDS et al., Appellants; MARY HIGGINS, Respondent.

*Matter of County of Queens*, 55 App. Div. 627, affirmed.
(Submitted January 6, 1902; decided January 21, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made November 23, 1900, which affirmed an order of Special Term overruling exceptions of the appellants herein to the report of commissioners in condemnation proceedings and confirming such report.

*John J. Gleason* and *Thomas C. Ennever* for appellants.

*C. A. S. Van Nostrand* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.

---

HENRY G. STRUBBE, Appellant, *v.* THE KINGS COUNTY TRUST COMPANY, Respondent, Impleaded with Others.

*Strubbe* v. *Kings County Trust Co.*, 60 App. Div 548, affirmed.
(Argued January 6, 1902; decided January 21, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 17, 1901, affirming a judgment of Special Term sustaining a demurrer to the complaint.

*H. M. Whitehead* for appellant.

*George V. Brower* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.